IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:18-cr-00396-LMM-JEM |
| STERLING BREYNARD BELL, | : | |
| | : | |
| Defendant. | : | |

# ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING TRIAL

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [108], in which the Magistrate Judge has found Defendant Sterling Breynard Bell competent to stand trial. Defendant's counsel has filed a notice accepting the Report and Recommendation and urging the Court to do so as well. The Government also has no objections to the Magistrate Judge's Report and Recommendation.

Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [108], as its opinion: the Court finds Defendant Sterling Breynard Bell competent to stand trial.

The Court hereby sets the trial date for defendant Sterling Breynard Bell to begin on **Monday, March 17, 2025, at 9:30 AM in Courtroom 2107**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. The pretrial conference is set for **Monday, March 10, 2025, at 10:00 AM** in Courtroom 2107. By noon on Monday, February 24, 2025, the parties are to file their respective motions in limine and voir dire questions. By noon on Monday, February 24, 2025, the Government is to file a brief statement of facts the parties can rely on for voir dire. By noon on Monday, March 3, 2025, the parties are to file any objections to those items listed above. Requests to charge and verdict forms should be filed on CM/ECF and emailed to the Courtroom Deputy Clerk in Word format by noon on Friday, March 14, 2025. The time from January 27, 2025, through March 17, 2025, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The Court requires the parties to email an exhibit and witness list to the Courtroom Deputy Clerk by Friday, March 14, 2025. The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double-spaced with approximately 1.5 inches of space to the left of the number for court use. Additionally, the parties are required to deliver to chambers the morning of trial a tabbed exhibit notebook for the Court's use. Counsel shall comply with the Local Rules of this Court regarding exhibits. Any exhibit larger than 8 ½" x 11" will be returned to counsel pursuant to Rule 79.1(B)(5) of the

2

Local Rules of this Court. Within ten days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary exhibits admitted as evidence at the trial or hearing. The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Courtroom 2107 is technology equipped. Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed prior to the pretrial conference, to allow time for proper notification to the U.S. Marshals Service.

It is the responsibility of counsel to immediately notify the Courtroom Deputy if the defendant requires interpretive services for any court proceeding so that services can be arranged. It is the responsibility of counsel to arrange interpretive services for any witnesses needing assistance of an interpreter for any court proceeding.

**SO ORDERED** this 27th day of January, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT